UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

NOLVEIRO VERA-ORDONEZ,

              Defendant.

CASE NO.: 25 Mag. 2013 (UA)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 7, 2025, Defendant Nolveiro Vera-Ordonez, through counsel, requested (i) a stay of his transport to the Western District of Texas, and (ii) leave to waive venue and plead in this District to the misdemeanor charge pending against him in the Western District of Texas (ECF No. 6 (the "Requests")). At the Court's direction, the Government responded stating that, on or about July 2, 2025, Mr. Vera-Ordonez was removed from this District pursuant to an order of the Honorable Barbara C. Moses and was presently in transit to the Western District of Texas. (ECF Nos. 3; 7). After conferring with Mr. Vera-Ordonez's counsel, the parties agree that, because Mr. Vera-Ordonez is no longer present in this District, the Requests are moot. (ECF No. 7).

Accordingly, the Requests are DENIED AS MOOT.

Dated:     New York, New York
             July 8, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**